**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-3575

**RIORDAIN ROMERO,**

Plaintiff,

v.

**MARY JOHN GOREE LAS ANIMAS COUTY SCHOLARSHIP FOUNDATION**,

Defendant.

_____

**COMPLAINT AND JURY DEMAND**

_____

Plaintiff Riordain Romero, by and through his undersigned attorney, files this Complaint and Jury Demand against Defendant Mary John Goree Las Animas County Scholarship Foundation ("Defendant"), and alleges as follows:

**NATURE OF THE CASE**

1. This case is brought by a young man of Latino (Mexican) heritage against a private foundation which grants full-tuition academic merit scholarships to high school students residing in Las Animas County for use at four-year universities. Mr. Romero applied for and was denied a scholarship from the Defendant, the Mary John Goree Las Animas County Scholarship Foundation.  The Defendant, in fact, awarded six (6) scholarships for the current scholarship class to which Mr. Romero applied.  Mr. Romero alleges that the scholarships are not being awarded based on academic merit as the Foundation represents, but rather based on race, thus violating 42 U.S. §1981.

1

**JURISDICTION**

2. Plaintiff brings this action pursuant to the Civil Rights Act of 1866, 42 U.S.C. § 1981.

3. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C §§1331 and 1343.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) as all events giving rise to the claims asserted herein occurred in the District of Colorado.

**PARTIES**

5. Riordain Romero is an individual who at all times relevant to this complaint resided in Las Animas County, Colorado.

6. Defendant, Mary John Goree Las Animas County Scholarship Foundation, is a private foundation incorporated in 2003 in Colorado, whose place of business is 718 Pine Street, Trinidad, CO 81082.

**FACTUAL ALLEGATIONS**

*Riordain Romero is an Extraordinary Scholar*

7. Plaintiff Romero is a Latino of Mexican ethnicity and descended from a family with deep roots in Northern New Mexico and Southern Colorado and who are active community leaders in the Las Animas County community.

2

8. Plaintiff Romero was a student at the Laurel Springs School, having just graduated in May 2026.

9. Mr. Romero will be attending the George Washington University where he will double major in History and Political Science and where he has been invited into the University's highly selective Capital Cities Scholars Program.

10. Mr. Romero was an extraordinary high school student and athlete and was one of four Las Animas County students to receive the 2026 Culebra Range Community Coalition Environmental Scholarship

11. Mr. Romero applied for and was admitted to the following universities:

    a. The George Washington University (U.S. News Rank # 59)

    b. Trinity College

    c. Loyola Marymount University (US News Rank # 102)

    d. Colorado College and

    e. University of Denver (U.S. News Rank #117).

12. Mr. Romero received merit scholarships to four of the five institutions to which he was admitted.

*The Mary John Goree Las Animas County Scholarship Foundation Provides Scholarships to Las Animas County Residents*

13. The Mary John Goree Las Animas County Scholarship Foundation (the "Foundation") was endowed by James M. John, a Princeton educated attorney who moved to Las Animas County in 1876 and began practicing law.

14. The Foundation administers and grants the Mary John Goree Las Animas County Scholarship, which is a four-year scholarship that can be used by residents of Las Animas County, Colorado at any four-year college or university in the United States (other than Princeton University).

15. As Stated on the Foundations website, "In designing the new Mary John Goree Las Animas County Scholarship program, we have perpetuated Mr. John's vision of the Goree Scholarship as a prize that rewards excellence and, accordingly, the Las Animas County Goree Scholarships will also carry a guaranteed award that equals or exceeds tuition and fees regardless of a student's financial circumstances with the possibility of an additional award based upon need."

16. The Foundation has been awarding non-Princeton scholarships since 2015 and its selection process is as follows:

      a.      Applications are submitted via Scholarship America by a deadline date, typically in December;

      b.      Submitted applications are reviewed by the Board of Directors;

      c.      Finalists are selected and granted an interview; and

      d.      After the interviews of the finalists are completed, final recipients are selected.

17. The Foundation's selection criteria as stated on its website, goreescholarship.org, are as follows:

4

- **Academics:**  Students will be required to submit a transcript from each high school they have attended, beginning with 9th grade through 11th grade, as well as a transcript from any two-year or four-year college where they have taken course(s), if applicable, through the end of their 11th grade year, unless grades from such course(s) are included on a high school transcript.

- **Tests:** Performance on tests designed to measure ability and aptitude for educational work.  The SAT is required, but students who have taken the ACT and/or Advanced Placement Tests may submit those scores if they so choose.  Students may submit photostatic copies of their test scores with their application.   The Board will also accept test scores appearing on a student's high school transcript or a screen shot of the student's online test score report from the testing company.

- **Recommendations:** One and only one evaluation from a counselor and one and only one evaluation from a classroom teacher who has taught the student in 9th, 10th, 11th and/or 12th grade are required. Evaluations from academic advisors, academic coaches, athletic coaches, extracurricular advisors or other persons **will not** be accepted unless the recommender **has also** taught the student as a classroom teacher in grades 9, 10, 11 and/or 12.

- **Leadership:** Evidence of leadership in and service to the school and the larger community

- **Special Talent and Non-academic Achievement:** Extracurricular activities and special talents, including, but not limited to, athletics, the arts, speech, student government and employment

- **Character:** Strength of character, including concern for others as shown by service to school, religious organization and/or community, commitment to a cause greater than oneself and overcoming obstacles

- **Readiness for a Demanding Four-Year College Education:** Extent to which (a) the student's contemplated major and/or career path require a four-year college education (and cannot be satisfied at a two-year college or a trade school or with only a high school diploma), (b) the student has thoughtfully assembled a list of colleges to which the student intends to apply in which the colleges represent a range of difficulty of admission for that particular student and that have reputable programs in the student's field (s) of interest, and (c) the student has demonstrated the intellectual curiosity that will enable and motivate the student to make the best possible use of the academic resources at the college the student decides to attend.

18. In addition to the required academic documentation, the Foundation's scholarship application mandates identification of the applicant's race to submit the application.

*Ethnic Population of Las Animas County and Its Schools*

19.  As of 2024, 45.7% of the population of Las Animas County Colorado was Latino/Hispanic with 43% identified as White (non-Hispanic).

20. For the 2025-26 School year, the Colorado Department of Education reports that fifty-eight percent (58%) of the total enrolled students in Las Animas County are Latino/Hispanic and fifty-eight percent (58%) of the male students in the County are Latino/Hispanic.

*Romero Applied For a Scholarship*

21. Mr. Romero applied for a scholarship from the Mary John Goree Las Animas County Scholarship Foundation on December 3, 2025, with all required documentation submitted via Scholarship America.

22. Mr. Romero met or exceeded all the selection criteria requirements of the Foundation, specifically:

> a. Mr. Romero's high school class schedule was a rigorous one in preparation for highly competitive university applications and included both honors and Advanced Placement Courses;

> b. Mr. Romero is an AP scholar, which requires a "3" or above ("5" being highest possible) on at least three (3) AP tests; in fact, Mr. Romero scored "4" and "5" on two of the most difficult AP tests, AP European History and AP English Language;

7

c. Mr. Romero held team captain positions in basketball and was a three-sport varsity athlete;

d. Mr. Romero was selected to attend the prestigious National History Academy as a Junior;

e. Mr. Romero completed hundreds of hours of community service to the great benefit of his community; and

f. Mr. Romero received glowing reviews and recommendations from his teachers and administrators.

23. Despite Mr. Romero's excellence as a scholar and athlete and his contributions to the community, the Foundation notified him via email on February 16, 2026, that he was not selected as a finalist for the scholarship, and thus did not even grant Mr. Romero an interview.

24. The only reason provided by the Foundation for not even interviewing Mr. Romero was that "this year's applicant pool was very strong."

*Scholarship Awards Demonstrate Discrimination*

25. On May 14, 2026, the Foundation announced that it had awarded scholarships to six (6) Las Animas County students.  The list below includes the recipient names, their race/ethnicity,[1] the universities they are attending, and the university rank as listed in the 2026 U.S. News & World Report College Rankings:

---

[1] Note that the Plaintiff determined ethnicity from surnames and online research.

| Recipient | Ethnicity | University to which Admitted | 2026 University Rank (U.S. News & World Report) |
|---|---|---|---|
| Cadence Doering | Latina | Dartmouth College | #13 |
| Eva Sage McGill | Caucasian | Colgate University | No University Rank |
| Brice Phelps | Caucasian | Iowa State University | #117 |
| Mason Riddle | Caucasian | Kansas State University | #158 |
| Serenity Samora | Latina | Colorado State University-Pueblo | No University Rank |
| Holly Ward | Caucasian | West Texas A&M University | No University Rank |

26. Notably, out of the six current scholarship recipients, two are Latina; and they are the only two Latina(o) recipients in the last four years out of seventeen total recipients, or slightly under twelve percent (12%).

27. In fact, the Foundation's historical recipient data shows a selection bias toward Caucasian recipients which has become more severe in recent years, as evidenced by the following data:

a. Latino students comprise the majority, or fifty-eight percent (58%), of the total enrolled student population in Las Animas County to whom this scholarship is available.

9

b. There have been fifty-one (51) recipients of the Mary John Goree Las Animas County Scholarship in total since the inception of the Foundation's scholarship; and of these fifty-one (51) recipients, thirty-eighty (38) of them are Caucasian, or seventy-five percent (75%).

c. In the last four  years, the Foundation has awarded seventeen scholarships.  Of the seventeen  (17) recipients, thirteen (13), or  seventy-six percent (76 %), are Caucasian.

d. Out of fifty-one (51) total scholarship recipients since inception, only four (4), or eight percent (8%) have been Latino male students.

e. There has been only one (1) Latino male recipient of the Foundation's scholarship in the last six (6) years.  During the same time, there have been nine (9) Caucasian male recipients.

f. In fact, Latino male students compromise 58% of the total male student population in Las Animas County; yet Caucasian males are being awarded this scholarship at a rate of (9) Caucasians to (1) Latino during this time.

28. As cited by Carnegie Higher Ed in its 2025 College Choice Trends, students cite scholarships and financial aid as the number one factor in college selection; as such recipients of the Foundation's scholarship for whom cost is not an issue can select the best university option available to them given their academic performance.

29. Mr. Romero was a stronger candidate than most of the recipients of the scholarship, as evidenced by his university acceptances.

30. Comparing the scholarship recipients' chosen universities with the universities to which Mr. Romero's was accepted demonstrates that Mr. Romero was

the better candidate for a scholarship given his universities are all highly selective, top universities with rigorous academic programs.

31. Mr. Romero was accepted to the George Washington University (U.S. News Rank # 59), Trinity College, Loyola Marymount University (US News Rank # 102), Colorado College and University of Denver (U.S. News Rank #117); and he received merit scholarships to four of the five institutions.

32. In comparison, Mason Riddle, a Caucasian male, will be attending Kansas State University, which has a US News Rank of #158; Holly Ward, a Caucasian woman, will be attending West Texas A&M University, which has no university rank; Brice Phelps, a Caucasian male, will be attending Iowa State University which has a US News Rank of #117; and finally Eva Sage McGill, who is Caucasian, will be attending Colgate University, which has no university rank.

33. In sum, there is only one scholarship recipient of the six recipients who will be attending a higher-ranked university than that of Mr. Romero (Ms. Doering – Dartmouth University), with three (3) universities on Mr. Romero's university acceptance list outranking four (4) of the six (6) scholarship recipients' chosen universities.

34. In fact, only three (3) of the fifty-one (51) total recipients of this scholarship since its inception have attended a university that is ranked higher nationally than Mr. Romero's chosen university, George Washington University, evidencing his academic performance.

35. Further, of the eleven (11) total Latino(a) recipients of the Foundation's scholarship, sixty percent (64%) went to top (151) Universities.

36. In comparison, of the thirty-eight (38) Caucasian recipients who were selected for Foundation's scholarships, only thirty-four percent (34%) went to top (151) Universities.

37. University rank is an effective and appropriate metric in comparing Mr. Romero's college readiness and academic ability to the scholarship recipients as the U.S. News ranking methodology weights graduation rates highest in its calculations, meaning higher ranked universities have higher graduation rates, indicating selectivity and effectiveness in choosing academically talented students.

38. In addition, Mr. Romero attempted to secure information from the Defendants as to the qualifications of other applicants for the 2026 scholarship awards, but Defendants refused those requests.  Upon information and belief, especially information with regard to universities to which relevant individuals were accepted, Mr. Romero was more qualified than most if not all of the Caucasian recipients and was denied a scholarship because of his ethnicity.

*Mr. Romero was damaged by the Actions of the Defendants*

39. The full estimated annual cost of attendance at George Washington University is roughly $93,000 to $98,000 depending on student housing, meal plans, and fees.

40. As a result, the Foundation's discrimination will result in a loss of almost $500,000, not including emotional damage caused to Mr. Romero, the costs of litigation, and attorney's fees, which he is also claiming.

## CLAIM FOR RELIEF
(Violation of 42 U.S.C. §1981)

41. Plaintiff realleges and incorporates by reference all the preceding and following allegations as if fully set forth herein.

42. Mr. Romero is an individual of Latino (Mexican) ethnicity and heritage.

43. Mr. Romero applied for and was denied a scholarship by the Foundation; in fact, he was not even given an interview.

44. Mr. Romero was qualified for a scholarship, and, in fact, was more qualified than the Scholarship recipients who were Caucasian.

45. The Foundation has a pattern and practice of discriminating against Latino applicants in favor of Caucasian applicants.

46. But for being of Latino (Mexican) heritage and ethnicity, the Foundation would have granted him a scholarship.

47. The Foundation acted with malice or reckless indifference to Mr. Romero's federally protected rights.

48. As a result of the Foundation's actions, Mr. Romero suffered economic and non-economic damages, which harm Mr. Romero seeks to remedy through action authorized under 42 U.S.C. §1981.

## PRAYER FOR RELIEF

A. In view of all of the preceding, Mr. Romero respectfully requests that this Court award, adjudge and decree that:

13

(1) The conduct alleged is violative of federal law and of Mr. Romero's rights thereunder.

(2) Future violations in violation of federal law are enjoined.

(3) In accordance with federal law,

(a) Defendant pays to Mr. Romero an amount – the exact total of which is presently undetermined – comprised of

(I) The damages he has sustained and damages he will sustain in the future as a result of Defendant's violations, economic, emotional, constitutional and reputational,

(II) Liquidated damages and penalties as allowed by law, and

(II) Exemplary or punitive damages, as allowed under law.

(b) Mr. Romero be awarded his costs of suit, including reasonable attorneys' fees and costs.

(c) Mr. Romero be awarded interest on the above; and

B. Mr. Romero have such other, further and different relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), Plaintiff hereby demands a trial by jury.

**Dated** this 6th day of August 2026.

Respectfully submitted:


*s/ Patricia S. Bangert*

_____

Patricia S. Bangert, Attorney at Law, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Phone: (303) 228-2175
(303) 947-5155 (direct)
Fax: (720) 728-1253
Email: trish@pbangertlaw.com
*Attorney for Plaintiff*


Address of Plaintiff:

c/o Patricia S. Bangert, Attorney at Law, LLC